# United States District Court

__Southern__ District of __Texas__

UNITED STATES OF AMERICA
V.
Vicente Raymundo GARDUNO-Ricalday

Mexico
A088 060 032

## CRIMINAL COMPLAINT

CASE NUMBER 1:19-PO- __110__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __August 3, 2018__ in __Cameron__ County, in the __Southern__ District of __Texas__, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section __1325(a)(1)__.

I further state that I am a __Deportation Officer__ and this complaint is based on the following facts:

**The defendant was apprehended in Olmito, Texas on March 5, 2019. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River at or near Brownsville, Texas on or about August 3, 2018, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:  ☐ Yes   ☒ No

Defendant has   $46.38

\S\ Alfonso Lemming
*Signature of Complainant*

Alfonso Lemming       Deportation Officer
*Name and Title of Complainant*

Sworn to before me and subscribed in my presence,

March 6, 2019                                           at      Brownsville, Texas
*Date*                                                                *City and State*

Ronald G. Morgan     U.S. Magistrate Judge
*Name and Title of Judicial Officer*                *Signature of Judicial Officer*